IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| MICHAEL JOSEPH DERROW | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:17-CV-105 |
| DEP'T OF JUSTICE, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Michael Joseph Derrow, a prisoner currently confined at the Federal Medical Center in Fort Worth, Texas, proceeding *pro se*, filed this civil action pursuant to the Freedom of Information Act. Plaintiff sought leave to proceed *in forma pauperis*.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that plaintiff should be denied leave to proceed *in forma pauperis*, and the action should be dismissed pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 19) is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**So Ordered and Signed**
**Mar 15, 2018**

_____
Ron Clark, United States District Judge